tor General Stern, Assistant Attorney General Kirks, James D. Hill and George B. Searls for respondent.

No. 422. BURNS ET AL. v. LOVETT, SECRETARY OF DE-FENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Robert L. Carter, Frank D. Reeves* and *Thurgood Marshall* for petitioners. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondents.

No. 439. LEVINSON ET AL. v. DEUPREE, ANCILLARY ADMINISTRATOR. C. A. 6th Cir. Certiorari granted. *Charles E. Lester, Jr.* and *Stephens L. Blakely* for petitioners. *Harry M. Hoffheimer* and *Robert S. Marx* for respondent.

No. 19. PEREZ v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 401. COX ET AL. v. KIRBY LUMBER CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Gilbert T. Adams* and *E. E. Easterling* for petitioners. *Joyce Cox* for respondents.

No. 406. BULLEN ET AL. v. SCOVILLE. C. A. 9th Cir. Certiorari denied. *William Douglas Sellers* for petitioners. *Newton E. Anderson* for respondent.

No. 415. HODGES v. GEORGIA. Supreme Court of Georgia. Certiorari denied. *Stonewall H. Dyer* for petitioner.